ESTHER LUXENBERG v. DAVID LUXENBERG.— Motion granted on condition that defendant continue to make the present payments of twenty-five dollars weekly to his wife. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD J. SAMURIN.— Motion to dismiss appeal granted. Motion for extension of time and for other and further relief denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE NEEDLE v. NEW YORK RAILWAYS CORPORATION. IRVING NEEDLE v. NEW YORK RAILWAYS CORPORATION.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of CHARLES SASSON for an Order Directing GEORGE A. FERRIS and Others, to Turn Over Certain Moneys Collected by Them. — Motion granted and the time of appellant George A. Ferris within which to file his points on appeal extended to and including October 27, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARY MEYERS and Others.— Motion granted and time of appellant Ralph Willis to serve and file record on appeal and appellant's points extended to and including November 17, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SIDNEY BLUM.— Motion to dismiss appeal denied; the appeal to be argued or submitted on or before November 5, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NICHOLAS FITILIS.— Motion granted so far as to extend appellant's time within which to serve and file the record on appeal and appellant's points to and including October 22, 1930, with notice of argument for November 12, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

60 WEST FIFTY-THIRD STREET CORPORATION v. ABRAHAM HASKELL and Others. — Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before October 24, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

REGINA MARASCO v. PIETRO ALVINO, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN S. STUM v. RAY H. ARNOLD.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT T. WHITE.— Motion granted so far as to extend appellant's time within which to serve and file the record on appeal and appellant's points to and including November 1, 1930, with notice of argument for November 20, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MADISON AVENUE REALTY COMPANY v. M. J. FRANK & CO., INC., and FRANK SECURITIES CORPORATION.— Motion dismissed, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.